JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone: 541-419-0074
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN ANN LONG,<br><br>　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>　　　Acting Commissioner<br>　　　of Social Security,<br><br>　　　Defendant. | Case No. 2:14-cv-02572-EFB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to May 11, 2015, for filing of plaintiff's motion for summary judgment and/or remand ~~the Opening Brief~~, in accordance with the Court's Scheduling Order.  This extension is requested because Plaintiff's counsel is experiencing a backlog in her workload that she is in the process of resolving.

**Long v. Colvin**　　　　　　　　　　　　　　　　　　　　　　　　　　　**Stipulation and ~~Proposed~~ Order**
**E.D. Cal. 1:14-cv-02572-EFB**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  April 6, 2015               JACQUELINE A. FORSLUND
                                   Attorney at Law


                                   /s/Jacqueline A. Forslund
                                   JACQUELINE A. FORSLUND

                                   Attorney for Plaintiff


Date:  April 7, 2015               BENJAMIN B. WAGNER
                                   United States Attorney
                                   DONNA L. CALVERT
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration


                                   /s/*In Seon Jeong
                                   IN SEON JEONG
                                   *On behalf of*
                                   JACOB M. MIKOW
                                   Special Assistant United States Attorney
                                   *By email authorization

                                   Attorney for Defendant


                        ORDER

APPROVED AND SO ORDERED.

DATED:  April 10, 2015.            _____
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE


**Long v. Colvin**                                       **Stipulation and ~~Proposed~~ Order**
**E.D. Cal. 1:14-cv-02572-EFB**