BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8976
    Fax: 415-744-0134
    Jacob.Mikow@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN ANN LONG,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-02572-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from June 10, 2015 to July 10, 2015. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. An extension of time is needed given Defense counsel's workload, and in order for counsel to review and respond to the issues raised in Plaintiff's motion. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: 6/8/2015                          Respectfully submitted,
                                             */s/ Jacqueline Forsund*

|   |   |
|---|---|
|   | (As authorized via email on) |
|   | JACQUELINE FORSLUND |
|   | Attorney for Plaintiff |

Dated: 6/8/2015                BENJAMIN B. WAGNER
                               United States Attorney
                               DONNA CALVERT
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                    By:        */s/ Jacob M. Mikow*
                               JACOB M. MIKOW
                               Special Assistant United States Attorney
                               Attorneys for Defendant

OF COUNSEL:

In Seon Jeong
Assistant Regional Counsel

## ORDER

APPROVED AND SO ORDERED.

Dated: June 9, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE