JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN ANN LONG, | Case No. 2:14-cv-02572-EFB |
| Plaintiff | |
| | **STIPULATION AND ~~PROPOSED~~** |
| v. | **ORDER FOR EXTENSION OF TIME** |
| | **TO FILE REPLY** |
| CAROLYN W. COLVIN, | |
| Acting Commissioner | |
| of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to October 8, 2015, for filing of Plaintiff's Reply, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension of time for filing her Reply.  This extension is requested because Plaintiff's counsel is experiencing a backload in her workload that she is in the process of resolving.

**Long v. Colvin**  
**E.D. Cal. 2:14-cv-02572-EFB**                                                     **Stipulation and ~~Proposed~~ Order**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  September 7, 2015               JACQUELINE A. FORSLUND
                                       Attorney at Law


                                       /s/Jacqueline A. Forslund
                                       JACQUELINE A. FORSLUND

                                       Attorney for Plaintiff


Date:  September 8, 2015               BENJAMIN B. WAGNER
                                       United States Attorney
                                       DEBORAH STATCHEL
                                       Acting Regional Chief Counsel, Region IX
                                       Social Security Administration


                                       /s/*Brenda Pullin
                                       BRENDA PULLIN
                                       Special Assistant United States Attorney
                                       *By email authorization

                                       Attorney for Defendant


                         ORDER

APPROVED AND SO ORDERED

DATED:  September 10, 2015.         _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE