JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:   541-419-0074
Facsimile:   541-593-4452
Email:       jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN ANN LONG,           ) <br> ) <br> Plaintiff,            ) <br> ) <br> ) <br> v.                       ) <br> ) <br> CAROLYN W. COLVIN,       ) <br> Acting Comm'r of Social Security,  ) <br> ) <br> Defendant,            ) <br> ) <br> _____) | Case No. 2:14-cv-002572-EFB <br><br> **STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)** |

  IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of FIVE THOUSAND EIGHT HUNDRED EIGHTY TWO dollars and SEVENTY NINE cents ($5,882.79).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. sec. 2412(d).

  After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees is entered, the government will determine if they are subject to an offset.

If it is determined that Plaintiff's EAJA fees are not subject to an offset under <u>Astrue v. Ratcliff</u>, 130 S.Ct. 2521 (2010) and The Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney at the following address:  Jacqueline A. Forslund, Attorney at Law, P.O. Box 4476, Sunriver, Oregon  97707.

                Respectfully submitted,

Date:  June 17, 2016       JACQUELINE A. FORSLUND
                Attorney at Law

                */s/Jacqueline A. Forslund*
                JACQUELINE A. FORSLUND
                Attorney for Plaintiff

Date:  June 29, 2016       PHILLIP A. TALBERT
                United States Attorney
                DEBORAH STACHEL
                Acting Regional Chief Counsel, Region IX
                Social Security Administration


                */s/\*Henry Chi*
                HENRY CHI
                Special Assistant United States Attorney
                *By email authorization
                Attorney for Defendant


                <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:  July 1, 2016.       _____
                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE